**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**DANA LEWIS**                                                               **PETITIONER**

**v.**                                    **4:19-CV-00324-BRW-JTR**

**UNITED STATES**                                                      **RESPONDENT**

## <u>ORDER</u>

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, I approve and adopt the Recommendation in all respects.

Accordingly, this case is DISMISSED WITHOUT PREJUDICE.

It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of July, 2019.


<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE