UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DANA LEWIS                                                                                   PETITIONER

v.                                          4:19-CV-00324-BRW-JTR

UNITED STATES                                                                              RESPONDENT

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 2nd day of July, 2019.


                                        Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE